IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013 _____/ | Case Number: 4:13-md-02497-YGR MDL NO. 2497 **CLERKS NOTICE RE MDL2497 AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013 LITIGATION** |

Please be advised that pursuant to Administrative Order No.11 all documents in MDL 2420 are to be filed in the United States District Court for the Northern District of California. Documents are required to be filed on the Court's Electronic Case File (ECF) System in accordance with Local Rule of Civil Procedure 5-1.

Registered users can access ECF at the Court's Internet site https://ecf.cand.uscourts.gov

Should you have any questions concerning this matter. Please contact the Office of the Clerk of Court at 510-637-3530.

_JESSIE MOSLEY_ (signature)

JESSIE MOSLEY

Deputy Clerk