UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AIR CRASH AT SAN FRANCISCO,
CALIFORNIA, ON JULY 6, 2013    MDL No. 2497

### ORDER

**Before the Panel:**[*] On December 13, 2013, the Panel centralized this litigation, which consisted of nine actions pending in the Northern District of California and one action (*Yang*) pending in the Northern District of Illinois. On December 16, 2013, the Northern District of Illinois issued a remand ruling covering *Yang* and seven other related actions pending in the Northern District of Illinois. The *Yang* plaintiffs, in a letter to the Panel, suggest that the litigation has lost its multidistrict character with the remand of *Yang*. Plaintiffs also request that the Panel withdraw its December 13 transfer order and offer the litigants "guidance as to how to proceed in this situation." Plaintiffs in the seven other related cases subject to the Northern District of Illinois court's December 16 remand order support the *Yang* plaintiffs' positions. The Boeing Co. opposes plaintiffs' requests.

Subsequent events have confirmed the effectiveness of the Panel's transfer of *Yang*. On December 17, 2013, Judge Harry D. Leinenweber vacated his order of remand with respect to the *Yang* action because that case had already been transferred to the Northern District of California, depriving the Northern District of Illinois court of jurisdiction to remand *Yang* to state court.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407(c)(ii), Panel Rule 2.1(d) and the rulings of the Northern District of Illinois court in *Yang*, the Panel's order transferring *Yang* remains in effect.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

Paul J. Barbadoro    Charles R. Breyer
Lewis A. Kaplan       Sarah S. Vance
Ellen Segal Huvelle

---

[*] Judge Marjorie O. Rendell took no part in the disposition of this matter.