**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**
**Case No. 2497 In Re Air Crash in San Francisco, California on July 6, 2013**

A Motion(s) for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed relating to the Air Crash in San Francisco, California on July 6, 2013 of Asiana Flight OZ 214. On December 13, 2013, the Panel on Multidistrict Litigation granted a motion to centralize litigation in the Northern District of California and assigned the undersigned to preside over the MDL for coordinated or consolidated pretrial proceedings. The undersigned also had the earliest filed case bearing my initials, specifically C-13-03286 YGR, Machorro et al v. Asiana Airlines, Inc. et al.

The Court finds that the following newly filed cases should be related for coordinated or consolidated pretrial proceedings. Counsel are instructed that all future filing shall bear the initials YGR immediately after the case number. All hearing dates presently scheduled are vacated and motions should be renoticed for hearing before the undersigned.

**C-14-1985-MEJ**     Zhu, et al v. Asiana Airlines, Inc, et al

**It Is So Ordered.**

Dated: May 13, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: _____  By: _____
                                                                         **Deputy Clerk**

**CERTIFICATE OF SERVICE**

      I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

      **Richard W. Wieking, Clerk**

**DATED: May 13, 2014**    **By:** _Frances Stone_
      **Deputy Clerk**

Copies to:    Courtroom Deputies
              Case Systems Administrators
              Counsel of Record
Entered into Assignment Program: _____ (date)