| | |
|---|---|
| 1 | KAYCIE L. WALL, California Bar No. 226027 |
| | KWall@perkinscoie.com |
| 2 | DANIEL E. LASSEN, California Bar No. 271446 |
| | DanLassen@perkinscoie.com |
| 3 | **PERKINS COIE LLP** |
| | 3150 Porter Drive |
| 4 | Palo Alto, CA  94304-1212 |
| | Telephone:  650.838.4300 |
| 5 | Facsimile:  650.838.4350 |
| 6 | JOHN D. DILLOW, California Bar No. 50403 |
| | JDillow@perkinscoie.com |
| 7 | BRUCE D. CAMPBELL, Washington Bar No. 8629 |
| | BCampbell@perkinscoie.com |
| 8 | JOE SILVERNALE, Washington Bar No. 22001 |
| | JSilvernale@perkinscoie.com |
| 9 | MICHAEL E. SCOVILLE, Washington Bar No. 44913 |
| | MScoville@perkinscoie.com |
| 10 | **PERKINS COIE LLP** |
| | 1201 Third Avenue, Suite 4900 |
| 11 | Seattle, WA  98101-3099 |
| | Telephone:  206.359.8000 |
| 12 | Facsimile:  206.359.9000 |
| 13 | BATES MCINTYRE LARSON, Illinois ARDC No. 6272698 |
| | BLarson@perkinscoie.com |
| 14 | **PERKINS COIE LLP** |
| | 131 South Dearborn Street, Suite No. 1700 |
| 15 | Chicago, IL 60603-5559 |
| | Telephone:  312.324.8400 |
| 16 | Facsimile:  312.324.9400 |

*Attorneys for Defendant*
*The Boeing Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINHUA YANG and JINGTAO XIE, as Guardian Ad Litem and parents of Minor JIAQI XIE, | Case No. 13-cv-05941-YGR |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL FOR THE BOEING COMPANY AND [PROPOSED] ORDER** |
| v. | |
| THE BOEING COMPANY, | |
| Defendants. | |

-1-

NOTICE OF WITHDRAWAL OF COUNSEL FOR THE BOEING COMPANY AND [PROPOSED] ORDER

-2-

1    PLEASE TAKE NOTICE that, pursuant to Local Rule 11-5(a), Defendant The Boeing
2 Company ("Boeing") respectfully requests that the Court permit the withdrawal of Charles
3 William Mulaney (Illinois Bar No. 6290299) as counsel of record for Boeing, as he is no longer
4 associated with the law firm of Perkins Coie LLP.  Perkins Coie LLP will continue to represent
5 Boeing in this matter.

6 DATED: January 8, 2014                **PERKINS COIE LLP**

8                                        By: /s/ Kaycie L. Wall
                                             Kaycie L. Wall, California Bar No. 226027
                                             KWall@perkinscoie.com
9                                            Daniel E. Lassen, California Bar No. 271446
                                             DanLassen@perkinscoie.com
10
11                                        *and*

12                                           John D. Dillow, California Bar No. 50403
                                             JDillow@perkinscoie.com
13                                           Bruce D. Campbell, Washington Bar No. 8629
                                             BCampbell@perkinscoie.com
14                                           Joe Silvernale, Washington Bar No. 22001
                                             JSilvernale@perkinscoie.com
15                                           Michael E. Scoville, Washington Bar No. 44913
                                             MScoville@perkinscoie.com

16                                        *Attorneys for Defendant*
17                                        *The Boeing Company*

-2-
NOTICE OF WITHDRAWAL OF COUNSEL FOR THE BOEING COMPANY AND [PROPOSED] ORDER

**CERTIFICATE OF SERVICE**

I certify that on January 8, 2014, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF COUNSEL FOR THE BOEING COMPANY with the Clerk of the Court using the CM/ECF system, and I caused service to be made on the following attorneys of record by the method indicated:

| | |
|---|---|
| Brian LaCien<br>Todd A. Smith<br>POWERS ROGERS & SMITH<br>70 West Madison Street, Suite 5500<br>Chicago, IL 60602<br>Attorneys for Plaintiffs | ___  Via hand delivery<br>___  Via U.S. Mail, 1st Class, Postage Prepaid<br>_X_  Via Overnight Delivery<br>___  Via Facsimile<br>___  Via Email<br>___  Other: _____ |
| Marc S. Moller<br>Brian J. Alexander<br>Justin T. Green<br>KREINDLER & KREINDLER LLP<br>750 Third Avenue<br>New York, NY 10017 | ___  Via hand delivery<br>___  Via U.S. Mail, 1st Class, Postage Prepaid<br>_X_  Via Overnight Delivery<br>___  Via Facsimile<br>___  Via Email<br>___  Other: _____ |
| Monica R. Kelly<br>RIBBECK LAW CHARTERED<br>505 North Lake Shore Drive, Suite 102<br>Chicago, IL 60611 | ___  Via hand delivery<br>___  Via U.S. Mail, 1st Class, Postage Prepaid<br>_X_  Via Overnight Delivery<br>___  Via Facsimile<br>___  Via Email<br>___  Other: _____ |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of January, 2014.

/s/ Kaycie L. Wall_____
Kaycie L. Wall, California Bar No. 226027
Attorneys for The Boeing Company
**Perkins Coie LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350
E-mail: KWall@perkinscoie.com

-3-
NOTICE OF WITHDRAWAL OF COUNSEL FOR THE BOEING COMPANY AND [PROPOSED] ORDER

# [PROPOSED] ORDER

For good cause appearing, IT IS HEREBY ORDERED THAT Charles William Mulaney is permitted to withdraw as counsel for Defendant The Boeing Company in this matter. Boeing will continue to be represented in this case by counsel from the firm of Perkins Coie LLP.

DATED: _____June 26_____, 2014.

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge

-4-
NOTICE OF WITHDRAWAL OF COUNSEL FOR THE BOEING COMPANY AND [PROPOSED] ORDER