# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013 | MDL No. 2497<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE, SETTING DEADLINE, COMPLIANCE HEARING FOR RELATED CASE IN MDL NO. 2497**<br><br>**This Order Relates to: Case No. 14-CV-2479** |

Plaintiffs Yang, *et al*. have filed an action arising out of the events at issue in the instant proceeding. *See* Case. No. 14-CV-2479. The case was related to the above MDL (No. 13-MD-2497) on June 6, 2014. In accordance with this Court's Order Following the May 30, 2014 Case Management Conference, wherein procedures are set forth for new actions to be related and consolidated to this proceeding (Dkt. No. 148), the Yang Plaintiffs are hereby **ORDERED** to file an **Administrative Motion to Dismiss Complaint Without Prejudice**, which is attached as Exhibit D to Docket No. 127. Plaintiffs' Administrative Motion is due September 19, 2014. An electronic and editable copy of this documents can be obtained from liaison counsel for the MDL Plaintiffs, Frank M. Pitre, of Cotchett, Pitre & McCarthy, LLP.

Accordingly, the case management conference in the Yang action, currently set for September 8, 2014, is **VACATED**. To ensure that Plaintiffs comply with the above deadline and have read the Court's Order Following May 30, 2014 Case Management Conference, a compliance hearing shall be

set in this case for Friday, September 26, 2014, on the Court's 9:01 a.m. calendar in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.  Five days prior to the hearing, Plaintiffs to the Yang action shall file a statement that they have read and understood the procedures set forth in the Order Following May 30, 2014 Case Management Conference, and will file the document identified herein as required or file a statement explaining why they should not have to.  If Plaintiffs have complied with this Order, the hearing will be taken off calendar and no appearances shall be necessary.

**IT IS SO ORDERED**.

Dated: September 5, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**