United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: | MDL No.: 2497 |
| **AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013** | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| | **THIS DOCUMENT RELATES TO: ALL CASES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has reviewed the parties' updated Case Management Conference Statement and is satisfied that the above case is proceeding as scheduled. Accordingly, the Case Management Conference currently set for September 26, 2014 is CONTINUED to January 30, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Date: **September 23, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**