# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL No.: 2497 |
| AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013 | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Having reviewed and considered the parties' joint case management report (Dkt. No. 181), the Court hereby **CONTINUES** the case management conference set for January 30, 2015, as there appears to be no current need for a conference. Accordingly, the next case management conference shall be held on **May 1, 2015**.

**IT IS SO ORDERED.**

Dated: January 27, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE