UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUN KOO CHONG, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ASIANA AIRLINES INC., et al.,<br><br>        Defendants. | Case No.  14-cv-05510-EDL<br><br>**SUA SPONTE REFERRAL ORDER** |

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Yvonne Gonzalez Rogers for the purpose of considering whether it is related to the following cases: In re: Air Crash at San Francisco, California, on July 6, 2013, 13-MD-2497.

**IT IS SO ORDERED**.

Dated: February 13, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge