1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                  NORTHERN DISTRICT OF CALIFORNIA

6

7      FA WEN YAN,                                        Case No.  15-cv-01513-KAW

                        Plaintiff,

8                                                         **JUDICIAL REFERRAL FOR THE**
                                                          **PURPOSES OF DETERMINING**
            v.
9                                                         **RELATIONSHIP**

       ASIANA AIRLINES, INC., et al.,
10
                        Defendants.
11

12

13          Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14    Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *In re: Air*

15    *Crash at San Francisco, California on July 6, 2013*, 13-md-02497.

16          IT IS SO ORDERED.

17    Dated: April 8, 2015

18                                                        _____

19                                                        KANDIS A. WESTMORE
                                                          United States Magistrate Judge
20

21

22

23

24

25

26

27

28