UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013<br><br>NINI SHAO, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>ASIANA AIRLINES, INC., a corporation; THE BOEING COMPANY, a corporation; and AIR CRUISERS D/B/A ZODIAC AEROSPACE, a corporation,<br><br>    Defendants. | MDL No. 2497<br><br>This Document Relates to:<br>Case No. CV14-02118 YGR<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL WITH PREJUDICE |

**IT IS HEREBY ORDERED** that Case No. CV14-02118 YGR, an individual plaintiff's case which is part of MDL Case No. 2497, is hereby dismissed with prejudice.

Date: __April 30, 2015__               _/s/ Yvonne Gonzalez Rogers_
                                                    Honorable Yvonne Gonzalez Rogers
                                                        United States District Judge