Lewis S. Eidson, Esq.
mike@colson.com
Enid Duany Mendoza, Esq.
enid@colson.com
**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tel: (305) 476-7400
Facsimile: (305) 476-7444

Monica Kelly, Esq.
monicakelly@ribbecklaw.com
**RIBBECK LAW CHARTERED**
Lake Point Tower
505 North Lake Shore Drive
Chicago, Illinois 60611
Tel: (312) 822-9999

*Attorneys for Plaintiffs*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013 | **MDL No. 2497** |
| This document relates to<br><br>Case No. 3:14-CV-02111-YGR<br><br>MARICEL KNAUS, an individual, CARL KNAUS, an individual, G.M.A.K., an individual minor, by and through his parents MARICEL KNAUS and CARL KNAUS; and G.C.A.K., an individual minor, by and through his parents MARICEL KNAUS and CARL KNAUS,<br><br>            Plaintiffs,<br>     vs.<br><br>ASIANA AIRLINES, INC., a corporation,<br><br>            Defendant. | **[PROPOSED] ORDER GRANTING KNAUS PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF MINORS' COMPROMISE** |

Plaintiffs Carl Knaus and Maricel Knaus, Individually and as Next Friends of G.M.A.K and G.C.A.K., by and through their counsel, have submitted their Unopposed Motion for Approval of Minors' Compromise pertaining to a settlement reached with defendants on behalf of G.M.A.K and G.C.A.K.

Upon review of the file and consideration of the materials submitted in support thereof, including the Motion, the Declaration of Enid Duany Mendoza, the Report of Next Friends, the Affidavit of Carl Knaus and the Affidavit of Maricel Knaus, and the opposition and/or non-opposition of any defendant provided to the Court prior to the making of this Order, the Court does hereby find and order as follows:

Good cause appearing:

1. The settlement of the claims of plaintiffs' G.M.A.K and G.C.A.K. against defendants, as compromised pursuant to the terms of the Settlement Agreement and General Release and the periodic payments scheduled (Exhibit C to the Declaration of Enid Duany Mendoza) is approved.

2. G.M.A.K will receive periodic payments with a present value of ▮▮▮▮▮▮▮▮, which will be placed in structured settlement annuities annuities provided by Berkshire Hathaway Life Insurance Company of Nebraska, and which will be funded directly by the insurers of one or more defendants. The specific terms of the annuity, which are approved, are detailed in Exhibit C to the Declaration of Enid Duany Mendoza.

3. G.C.A.K. will receive periodic payments having the present value of $▮▮▮▮▮▮▮▮ which will be placed in structured settlement annuities provided by Berkshire Hathaway Life Insurance Company of Nebraska, and which will be funded directly by the insurers of one or more defendants. The specific terms of the annuity, which are approved, are detailed in Exhibit C to the Declaration of Enid Duany Mendoza.

4. Plaintiffs' counsel may attach the fully executed settlement documents, when obtained, to this Order for purposes of submitting same to Berkshire Hathaway Life Insurance Company of Nebraska.

MDL No. 2497 Case No. 3:14-cv-02111-YGR
[Proposed] Order Granting Knaus Plaintiffs' Unopposed Motion for Approval of Minors' Compromise

**2**

5. Should delays in effectuating the financial terms of this settlement cause a decrease in the future payout amounts to be received by G.M.A.K and G.C.A.K., no further pleading or order of this Court shall be necessary so long as the total payout to each minor is no less than 97% of the amounts set forth in the Minors' Compromise and the Declaration of Enid Duany Mendoza, all other variable (payout dates, purchase price of annuities) remaining the same.

6. The Court approves case costs in the amount of $1,970.19 to be deducted from the settlement amount to be received by G.M.A.K.

7. The Court approves case costs in the amount of $1,794.69 to be deducted from the settlement amount to be received by G.C.A.K.

8. The Court approves attorneys' fees in the amount of ▮▮▮▮▮▮ be deducted from the settlement amount to be received by G.M.A.K.

9. The Court approves attorneys' fees in the amount of ▮▮▮▮▮▮ to be deducted from the settlement amount to be received by G.C.A.K.

10. The Court approves dismissal of all claims of G.M.A.K and G.C.A.K. against all defendants, with prejudice. Plaintiffs' counsel shall submit dismissal promptly after the annuities set forth in the settlement documents have been funded, and all other due consideration has been received by Plaintiffs' counsel.

**IT IS SO ORDERED.**

DATED: __May 26_____, 2015

Hon. Yvonne Gonzalez-Rogers
U.S. District Judge

MDL No. 2497 Case No. 3:14-cv-02111-YGR
[Proposed] Order Granting Knaus Plaintiffs' Unopposed Motion for Approval of Minors' Compromise