1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

David S. Casey, Jr., SBN 060768
*dcasey@cglaw.com*
Scott C. Cummins, SBN 060899
*scc@cglaw.com*
Jason C. Evans, SBN 272932
*jevans@cglaw.com*
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA  92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232


Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013<br>_____<br><br>QIANBIN WANG aka ANGELA WANG, an individual; NIEYAN GENG aka NORRIS GENG, an individual; and J.G., a minor, by and through her Guardian Ad Litem QIANBIN WANG,<br><br>         Plaintiffs,<br><br>v.<br><br>ASIANA AIRLINES, INC., a corporation; and THE BOEING COMPANY, a corporation,<br><br>         Defendants. | MDL No. 2497<br><br>This Document Relates to:<br>Case No. CV14-02452 YGR<br><br>Judge:  Hon. Yvonne Gonzalez Rogers<br>Dept:   Courtroom 5, 2nd Floor<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF MINOR'S COMPROMISE** |

        Plaintiffs Qianbin Wang aka Angela Wang, individually, and Nieyan Geng aka

Norris Geng, individually, as guardian parents and as Next Friends of J.G.; by and through

their counsel, have submitted their Motion for Approval of Minor's Compromise

pertaining to a settlement reached with defendants on behalf of minor Plaintiff J.G.

1    Upon review of the file and consideration of the materials submitted in support

2    thereof, including the Motion, the Declaration of Jason C. Evans, the Report of Next

3    Friends, the Affidavit of Qianbin Wang aka Angela Wang, and the Affidavit of Nieyan

4    Geng aka Norris Geng, and the opposition and/or non-opposition of any defendant

5    provided to the Court prior to the making of this Order, the Court does hereby find and

6    order as follows:

7    Good cause appearing:

8    1.    The settlement of the claims of plaintiff J.G. against defendants, as

9    compromised pursuant to the terms of the Full & Final Release of All Claims and the

10   periodic payments scheduled (Exhibit B to the Declaration of Jason C. Evans) is approved.

11   2.    J.G. will receive [REDACTED] periodic payments of [REDACTED], which

12   will be placed in a single premium-deferred annuity provided by Metropolitan Life

13   Insurance Company, and which will be funded directly by the insurers of one or more

14   defendants. The specific terms of the annuity, which are approved, are detailed in Exhibit B

15   to the Declaration of Jason C. Evans.

16   3.    Should delays in effectuating the financial terms of this settlement cause a

17   decrease in the future payout amounts to be received by J.G., no further pleading or order

18   of this Court shall be necessary so long as the total payout to the minor is no less than 97%

19   of the amounts set forth in the Minors' Compromise and the Declaration of Jason C. Evans,

20   all other variables (payout dates, purchase price of annuity) remaining the same.

21   4.    The Court approves case costs in the amount of $7,249.99 to be deducted from

22   the gross settlement amount to be received by J.G.

23   5.    The Court approves attorneys' fees in the amount of [REDACTED] to be

24   deducted from the gross settlement amount to be received by J.G.

25   6.    The Court approves dismissal of all claims of J.G. against all defendants, with

26   prejudice. Plaintiff's counsel shall submit dismissal promptly after the annuities set forth in

27   the settlement documents have been funded, and all other due consideration has been

28   received by Plaintiff's counsel.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF MINOR'S COMPROMISE

**IT IS SO ORDERED.**

Dated:  June 23, 2015

_____
Hon. Yvonne Gonzalez Rogers
U.S. District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF MINOR'S COMPROMISE