UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUBIN ZHANG, et al.,

    Plaintiffs,

v.

ASIANA AIRLINES, INC., et al.,

    Defendants.

Case No. 15-cv-02617-JST

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to In Re Air Crash in San Francisco, California on July 6, 2013, Case No. 4:13-md-02497-YGR.

**IT IS SO ORDERED.**

Dated: July 16, 2015

_____
JON S. TIGAR
United States District Judge