# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AIR CRASH AT SAN FRANCISCO,
CALIFORNIA, ON JULY 6, 2013  MDL No. 2497
    Richardson, et al. v. Asiana Airlines, Inc., et al., )
        D. Maine, C.A. No. 2:15-00251 )

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Richardson*) on July 16, 2015. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Richardson* filed a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-2" filed on July 16, 2015, is LIFTED. The action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Yvonne Gonzalez Rogers.

                                FOR THE PANEL:

                                Jeffery N. Lüthi
                                Clerk of the Panel