**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:** | **MDL No.: 13-MDL-2497-YGR** |
| **AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013** | **ORDER SETTING COMPLIANCE HEARING AND CASE MANAGEMENT CONFERENCE** |
| | THIS DOCUMENT RELATES TO ALL CASES |

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing regarding counsel's submission of updated charts summarizing the status of all cases in the above-captioned MDL shall be held on **Friday, September 18, 2015** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall either: (a) submit updated charts summarizing the status of all cases currently or at any time pending in the above-captioned MDL by email to ygrpro@cand.uscourts.gov; or (b) a one-page joint statement setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

A telephonic Case Management Conference is hereby set for **Monday, December 14, 2015, at 9:00 a.m**.  Liaison counsel shall organize the telephonic conference and notify the Courtroom Deputy Frances Stone at ygrcd@cand.uscourts.gov and all parties of the dial-in information.  If the parties wish to conduct the conference in person, requests to do so must be filed by December 7, 2015.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

     The parties shall file a joint case management conference statement seven days in advance of the case management conference date.  The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

     **IT IS SO ORDERED**.

Dated: August 14, 2015

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**