UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013**<br><br>This document relates to<br><br>Case No.  4:15-CV-03916-YGR<br><br>---<br><br>**CARL KNAUS,** *et al.*,<br><br>          Plaintiffs,<br>     vs.<br><br>**THE BOEING CORPORATION**,<br><br>          Defendant. | MDL No. 2497<br><br>**ORDER REQUESTING ADDITIONAL INFORMATION IN SUPPORT OF MOTION TO APPROVE MINOR'S COMPROMISE**<br><br>Re: MDL Dkt. No. 402 |

Currently pending before the Court is an unopposed motion for approval of minor's compromise filed by plaintiffs Kee Seung Han and Kyoung Sook Kim on behalf of minor H.S.H. (MDL Dkt. No. 402.)  Having carefully considered the motion and declarations submitted in support thereof, the Court requests additional information and explanation before ruling on the pending motion.  In particular, the moving parties must address the following issues:

1. What evidence exists in support of the assertion that the "gross settlement amount is comparable to the amount accepted as settlement by dozens of similarly injured passengers," as stated in the motion on page 3, lines 22 through 23?  The proposed settlement amount appears low relative to other settlements previously approved by the Court on behalf of minors in this MDL, especially in light of H.S.H.'s injuries.

2. Why the parties chose to deposit the net settlement funds into an account with the Korean Exchange Bank rather than a beneficial financial structure, such as an annuity or other structured payout.

1  Plaintiffs Kee Seung Han and Kyoung Sook Kim shall file a supplemental brief addressing these
2  issues no later than **November 16, 2015.**
3      **IT IS SO ORDERED**.
4  Date: November 9, 2015

_____
**YVONNE GONZALEZ-ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**