1  Frank A. Silane (State Bar No.: 90940)
   Email: fsilane@condonlaw.com
2  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
3  Scott D. Cunningham (State Bar No.: 200413)
   Email: scunningham@condonlaw.com
4  Ivy L. Nowinski (State Bar No.: 268564)
   Email: inowinski@condonlaw.com
5  Natasha N. Mikha (State Bar No.: 270731)
   Email: nmikha@condonlaw.com
6  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
7  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
8  Facsimile:  (310) 557-1299

9  Attorneys for Defendant
   ASIANA AIRLINES, INC.
10
        - and -
11
   ALL PARTIES LISTED ON THE SIGNATURE PAGE

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16  IN RE:                              )  MDL No. 2497
                                        )
17  AIR CRASH AT SAN FRANCISCO,         )
    CALIFORNIA, ON JULY 6, 2013         )
18                                      )  This Document Relates to:
                                        )  Case No. CV15-00183-YGR
19  RUBEN VALLERO and BELEN             )
    VALLERO,                            )
                                        )  **STIPULATION AND**
20           Plaintiffs,                )  **[PROPOSED] ORDER OF**
                                        )  **DISMISSAL WITH PREJUDICE**
21      vs.                             )
                                        )
22  ASIANA AIRLINES, INC., and THE      )
    BOEING COMPANY,                     )
23                                      )
             Defendants.                )
24                                      )
                                        )
25                                      )

26
        Defendants Asiana Airlines, Inc. and The Boeing Company and plaintiffs
27
    Belen Vallero and Ruben Vallero, hereby request that the above referenced action
28
    be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

Procedure Rule 41(a)(1), with each party to bear her, his or its own costs and attorney's fees.

**IT IS SO STIPULATED.**

I hereby attest that concurrence in the filing of the Stipulation of Dismissal with Prejudice has been obtained from the other Signatories.

Dated: November 5, 2015                              CONDON & FORSYTH LLP

By: */s/ Frank A. Silane*
   FRANK A. SILANE
   JENNIFER J. JOHNSTON
   SCOTT D. CUNNINGHAM
   IVY L. NOWINSKI
   NATASHA N. MIKHA
   Attorneys for Defendant
   ASIANA AIRLINES, INC.

Dated: November 5, 2015                              PERKINS COIE LLP

By: */s/ Bruce D. Campbell*
   KAYCIE L. WALL
   DANIEL E. LASSEN
   JOHN D. DILLOW
   BRUCE D. CAMPBELL
   JOE SILVERNALE
   MICHAEL E. SCOVILLE
   Attorneys for Defendant
   THE BOEING COMPANY

|   |   |   |
|---|---|---|
| 1 | Dated: November 5, 2015 | STERNS & WALKER |

By: */s/ Gerald C. Sterns*
    GERALD C. STERNS

-and-

ARTHUR ALAN WOLK
JOHN J. GAGLIANO
THE WOLK LAW FIRM
1710-12 Locust Street
Philadelphia, PA 19103
New York, NY 10036
Telephone: (215) 545-4220
Facsimile:  (215) 545-5252

Attorneys for Plaintiffs
Ruben Vallero and Belen Vallero

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

STIPULATION AND [P~~ROPOSED~~] ORDER
OF DISMISSAL WITH PREJUDICE
CASE NO.: CV15-00183YGR

- 3 -

LAOFFICE 129810V.1

1
2
3
4
5
6
7
8
...
28

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that Case No. CV15-00183 YGR, an individual plaintiffs' case which is part of MDL Case No. 2497, is hereby dismissed with prejudice.

Date: __November 9, 2015__      _____
                              Honorable Yvonne Gonzalez Rogers
                              United States District Judge

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

STIPULATION AND [~~PROPOSED~~] ORDER
OF DISMISSAL WITH PREJUDICE
CASE NO.: CV15-00183YGR

- 4 -

LAOFFICE 129810V.1