FRANK M. PITRE (SBN 100077)
fpitre@cpmlegal.com
ALISON E. CORDOVA (SBN 284942)
acordova@cpmlegal.com
STEWART R. POLLOCK (SBN 301356)
spollock@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Plaintiffs' Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013<br><br>THIS DOCUMENT RELATES TO:<br>4:13-CV-03686-YGR<br><br>*Kazuhisa Yanagihara, et al., v. Asiana Airlines, Inc., et al.* | Case No. 13-MD-2497-YGR<br><br>MDL No. 2497<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NO. 415 (#8) AND DOCKET NO. 416 (#2)<br><br>Date:<br>Time:<br>Dept: Courtroom 5, 2nd Floor<br>Judge: Honorable Yvonne Gonzalez Rogers |

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS:  DOCKET NO. 415 (#8) AND DOCKET NO. 416 (#2);       4:13-CV-03686-YGR;   MDL No. 2497

1  Plaintiff Kazuhisa Yanagihara as natural parent and next friend of minors S.Y. and L.Y.'s (hereinafter "Yanagihara") Motion to Remove the Incorrectly Filed Exhibits was presented to the Court. Upon consideration of the Motion, the Court finds there is good cause to remove Docket No. 415 (#8) and Docket No. 416 (#2), from the record.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remove Incorrectly Filed Documents is GRANTED and Docket No. 415 (#8) and Docket No. 416 (#2) are permanently deleted from the Court's Docket.

IT IS SO ORDERED.

DATED: November 16, 2015

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge

LAW OFFICES COTCHETT, PITRE & MCCARTHY, LLP

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS: DOCKET NO. 415 (#8) AND DOCKET NO. 416 (#2);   4:13-CV-03686-YGR;  MDL No. 2497

v

1