UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013<br><br>Relates to:<br><br>CARL KNAUS et al,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE BOEING CORPORATION<br><br>        Defendant. | **MDL No. 2497**<br><br>This Document Relates to:<br>Case No. 4:15-03916-YGR<br><br>**ORDER VACATING ORDERS GRANTING MOTION FOR APPROVAL OF MINORS COMPROMISE; SETTING HEARING ON MOTION**<br><br>Re: MDL Dkt. Nos. 479, 500, 501<br><br>Re: Case No. 15-3916 Dkt. Nos. 62, 63 |

On February 3, 2016, the Court granted plaintiffs Yan Zhang's and Yonghui Yuan's motion for approval of minor's compromise. (MDL Dkt. Nos. 500, 501; Case No. 15-3916 Dkt. Nos. 62, 63.) The Court hereby **VACATES** those orders to allow for appropriate briefing on the motion under Civil Local Rule 7-3. Plaintiffs shall file a reply to defendant's response (MDL Dkt. No. 502; Case No. 15-3916 Dkt. No. 64) no later than February 22, 2016.

The Court hereby **SETS** a hearing on the motion (MDL Dkt. No. 479) to be held on **March 15, 2016** on the Court's **2:00 p.m.** calendar.

The Court further **ORDERS** Plaintiffs' Liaison Counsel to immediately advise all MDL plaintiffs' counsel that, when filing a motion for approval of a minor's compromise, plaintiffs must forthwith file a separate notice indicating whether the motion is opposed or unopposed.

This Order vacates MDL Dkt. Nos. 500, 501 and Case No. 15-3916 Dkt. Nos. 62, 63.

**IT IS SO ORDERED.**

Dated: February 8, 2016

                                              _____
                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**