Gretchen M. Nelson, Esq. (SBN 112566)
Brian J. Alexander, Esq. (*admitted pro hac vice*)
Justin T. Green, Esq. (*admitted pro hac vice*)
KREINDLER & KREINDLER LLP
707 Wilshire Blvd,. Suite 3600
Los Angeles, CA 90017
Tel: (213) 622-6469
Fax: (714) 590-6458
Email: gnelson@kreindler.com
       balexander@kreindler.com
       jgreen@kreindler.com
Attorneys for Plaintiffs

Kevin R. Sutherland (State Bar No.: 163746)
Kevin O. Moon (State Bar No.: 246792)
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone:  (415) 365-9800
Facsimile:  (415) 365-9801
Email:      kevin.sutherland@clydeco.us
            kevin.moon@clydeco.us

Dennis J. Herrera (State Bar No. 139669)
Karen E. Kirby (State Bar No.: 146432)
OFFICE OF THE CITY ATTORNEY
CITY AND COUNTY OF SAN FRANCISCO
Fox Plaza, 1390 Market Street, 6th Floor
San Francisco, California 94102
Telephone:  (415) 554-3891
Facsimile:  (415) 554-4745
Email       karen.kirby@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, JOANNE HAYES-WHITE, ANTENOR MOLLOY, ANTHONY ROBINSON, TOM SIRAGUSA, MARK GONZALES, JEFF LITTLEFIELD, erroneously sued herein as JOHN LITTLEFIELD, TRYG MCCOY, JOHN L. MARTIN, DENISE SCHMITT, CHRISTINE EMMONS, ROGER PHILLIPS, MICHELLE GRINDSTAFF, MICHAEL KIRK, HENRY CHOY, DERRICK LEE, and JIMMY YEE

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
2/26/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAN YE and XIAO YUN ZHENG, Individually, as Heirs and Successors in Interest of, YE MENG YUAN, Deceased,<br><br>              Plaintiffs,<br><br>     v. | Case No.: 4:14-cv-04941-YGR<br><br>STIPULATION RE: DISMISSAL OF COMPLAINT WITH PREJUDICE [Fed. Rule Civ. Proc. 41(a)(1)]<br><br>Trial Date:  None<br>Complaint Filed: August 13, 2014 |

STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

| | |
|---|---|
| 1  | CITY AND COUNTY OF SAN FRANCISCO, JOANNE HAYES-WHITE (SFFD), an individual, ANTENOR MOLLOY (SFFD), an individual, ANTHONY ROBINSON (SFFD), an individual, TOM SIRAGUSA (SFFD), an individual, MARK GONZALES (SFFD), an individual, JOHN LITTLEFIELD (SFO), an individual, TRYG MCCOY (SFO), an individual, JOHN L. MARTIN (SFO), an individual, DENISE SCHMITT (SFPD), an individual, CHRISTINE EMMONS (SFFD), an individual, ROGER PHILLIPS (SFFD), an individual, MICHELLE GRINDSTAFF (SFFD), an individual, MICHAEL KIRK (SFFD), an individual, HENRY CHOY (SFO), an individual, DERRICK LEE (SFPD), an individual, JIMMY YEE (SFFD), an individual, and DOES 1 through 100, Defendants. |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs GAN YE and XIAO YUN ZHENG (hereinafter "plaintiffs") and defendants THE CITY AND COUNTY OF SAN FRANCISCO, JOANNE HAYES-WHITE, ANTENOR MOLLOY, ANTHONY ROBINSON, TOM SIRAGUSA, MARK GONZALES, JEFF LITTLEFIELD, erroneously sued herein as JOHN LITTLEFIELD, TRYG MCCOY, JOHN L. MARTIN, DENISE SCHMITT, CHRISTINE EMMONS, ROGER PHILLIPS, MICHELLE GRINDSTAFF, MICHAEL KIRK, HENRY CHOY, DERRICK LEE, and JIMMY YEE (hereinafter "defendants"), by their undersigned attorneys of record, that plaintiffs' complaint against defendants is hereby dismissed, in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

/ /

/ /

/ /

/ /

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

1787749v1        -2-        Case No.: 4:14-cv-04941-YGR
STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION

IT IS FURTHER STIPULATED that each party shall bear their own fees and costs of suit.

IT IS SO STIPULATED.

Dated: August 7, 2015     KREINDLER & KREINDLER LLP

By: _/s/Brian J. Alexander[1]_
　　GRETCHEN M. NELSON
　　GABRIEL S. BARENFELD
　　JUSTIN T. GREEN
　　BRIAN J. ALEXANDER
　　Attorneys for Plaintiffs
　　GAN YE and XIAO YUN ZHENG

Dated: August 7, 2015     CLYDE & CO US LLP

By: _/s/Kevin R. Sutherland_
　　KEVIN R. SUTHERLAND
　　KEVIN O. MOON

-and-

OFFICE OF THE CITY ATTORNEY
CITY AND COUNTY OF SAN FRANCISCO

　　DENNIS J. HERRERA
　　KAREN E. KIRBY

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, JOANNE HAYES-WHITE, ANTENOR MOLLOY, ANTHONY ROBINSON, TOM SIRAGUSA, MARK GONZALES, JEFF LITTLEFIELD, erroneously sued herein as JOHN LITTLEFIELD, TRYG MCCOY, JOHN L. MARTIN, DENISE SCHMITT, CHRISTINE EMMONS, ROGER PHILLIPS, MICHELLE GRINDSTAFF, MICHAEL KIRK, HENRY CHOY, DERRICK LEE. and JIMMY YEE

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), the Filer of this Stipulation attests that concurrence in the filing of the document has been obtained from each of the other Signatories hereto, which concurrence shall serve in lieu of their signatures on the document.