**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:**<br><br>**AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013** | **MDL No.: 2497**<br><br>**ORDER SETTING COMPLIANCE HEARING**<br><br>This Document Relates To:  All Cases |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court requests the parties submit updated charts summarizing the status of all cases in the above-captioned MDL, and identifying any issues that require the scheduling of a status conference with the Court.  A compliance hearing regarding such submission shall be held on **Friday, March 25, 2016** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

No later than March 11, 2016, the parties shall either: (a) submit updated charts summarizing the status of all cases currently or at any time pending in the above-captioned MDL and identifying any issues that require the scheduling of a status conference with the Court by email to YGRpo@cand.uscourts.gov; or (b) file a one-page joint statement setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: February 26, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**