UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL No.: 2497 |
| AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013 | ORDER CONTINUING COMPLIANCE HEARING |
| | This Document Relates To:  All Cases |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court having reviewed the parties' submissions (Dkt. No. 527), the compliance hearing currently set for March 25, 2016 is hereby CONTINUED to September 30, 2016 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

No later than September 14, 2016, the parties shall either: (a) submit updated charts summarizing the status of all cases currently or at any time pending in the above-captioned MDL and identifying any issues that require the scheduling of a status conference with the Court by email to YGRpo@cand.uscourts.gov; or (b) file a one-page joint statement setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

IT IS SO ORDERED.

Dated: March 14, 2016

_____

YVONNE GONZALEZ ROGERS

UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California