**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013 | MDL No.: 2497<br><br>ORDER REQUIRING MEET AND CONFER; SETTING COMPLIANCE HEARING<br><br>This Document Relates To: All Cases |

TO ALL PARTIES AND COUNSEL OF RECORD:

In light of the upcoming three-year anniversary of the event at issue, the Court finds it prudent for the parties to meet and confer and agree on a structure and timetable to resolve the remaining seventy-five (75) cases expeditiously. In general, the Court believes that deadlines work to assist the parties with closure. The Court therefore **ORDERS** the parties to meet and confer to draft cooperatively a supplementary update with respect to all cases still pending in the above-captioned MDL. Specifically, the parties shall provide a submission with respect to all cases currently pending in the above-captioned MDL, including identification of: (1) proposed timing for anticipated resolution; and (2) any issues that require the scheduling of a status conference with the Court.

The Court **SETS** a Compliance Hearing regarding their submission with proposed deadlines to resolve all remaining cases on **May 27, 2016** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. No later than May 13, 2016, Liaison Counsel, on behalf of the parties, shall either: (a) email their submission as described above to YGRpo@cand.uscourts.gov; or (b) file a one-page JOINT statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: April 14, 2016

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE