UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:**<br><br>AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013 | MDL No. 2497<br><br>This Order Relates to: All Cases<br><br>**ORDER ON SCHEDULE FOR REMAINING CASES; SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: MDL Dkt. Nos. 575, 639 |

On April 14, 2016, the Court directed the parties to meet and confer with respect to a structure and timetable to resolve the remaining cases expeditiously. (Dkt. No. 575.) On May 11, 2016, the parties filed a joint submission regarding a schedule for the resolution of all cases.[1] (Dkt. No. 639.) Good cause appearing, the Court **APPROVES** the parties' proposed timeline with respect to the Group 1 Cases, as defined in the joint submission:

| | |
|---|---|
| Cut-off for damages fact discovery: | December 30, 2016 |
| Exchange of damages expert reports: | February 28, 2017 |
| Exchange of rebuttal damages expert reports: | March 31, 2017 |
| Cut-off for damages expert discovery: | May 5, 2017 |

The Court also **SETS** a case management conference to be held on **Monday, September 12, 2016** at **1:00 p.m**. The Court anticipates setting trial and pretrial conference dates at the case management conference. The updated joint case management conference statement should therefore propose deadlines for filing trial-related documents that run backwards from a pretrial conference date. In so doing, the parties shall cross-reference the undersigned's Standing Order in Civil Cases as a guide. The updated joint case management conference statement shall also propose discovery deadlines with respect to the Group 2 Cases, as defined in the joint submission.

**IT IS SO ORDERED.**

Dated: May 20, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court thus **VACATES** the compliance hearing currently scheduled for Friday, May 27, 2016.