Lewis S. Eidson, Esq.
mike@colson.com
Enid Duany Mendoza, Esq.
enid@colson.com
**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tel: (305) 476-7400
Facsimile: (305) 476-7444

Monica Kelly, Esq.
monicakelly@ribbecklaw.com
**RIBBECK LAW CHARTERED**
Lake Point Tower
505 North Lake Shore Drive
Chicago, Illinois 60611
Tel: (312) 822-9999

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013<br><br>This document relates to<br><br>Case No. 4:15-CV-03916-YGR<br><br>CARL KNAUS et al,<br><br>            Plaintiffs,<br>      vs.<br><br>THE BOEING COMPANY,<br><br>            Defendant. | MDL No. 2497<br><br>**[PROPOSED]** **ORDER GRANTING PLAINTIFFS XINGYONG CHEN AND FUHUA WANG'S UNOPPOSED MOTION FOR APPROVAL OF MINOR'S COMPROMISE** |

Plaintiffs Xingyong Chen and Fuhua Wang, as natural parents of S.C. and as Next Friends of S.C., by and through their counsel, have submitted their Unopposed Motion for Approval of Minor's Compromise pertaining to a settlement reached with all parties on behalf of S.C.

Upon review of the file and consideration of the materials submitted in support thereof, including the Motion, the Declaration of Enid Duany Mendoza, the Report of Next Friends, the Declarations of Xingyong Chen and Fuhua Wang, and the non-opposition of the released parties provided to the Court prior to the making of this Order, the Court does hereby find and order as follows:

1. The settlement of the claim of plaintiff S.C. against all parties, as compromised pursuant to the terms of the Settlement Agreement and General Release (Exhibit A to the Declaration of Enid Duany Mendoza) is approved.

2. Asiana's Aviation Hull and liability insurers and reinsurers subscribing to the policies in effect on July 6, 2013, shall issue payment in the amount of ▮▮▮▮▮▮ to the account titled S.C., a minor, Fuhua Wang Custodian under UTMA, at the ▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, to be received within 30 (thirty) days of Court Approval.

3. The account titled S.C., a minor, Fuhua Wang Custodian under UTMA, at the ▮▮▮▮▮▮ described above shall be a restricted account governed, upon penalty of law, by this Order and shall bear the highest interest available. The terms and conditions of the account shall be as follows:

    a. no third party, including but not limited to the custodian, shall be allowed to withdraw sums or close the account at any time;

MDL No. 2497 Case No. 4:15-cv-03916-YGR
[Proposed] Order Granting Plaintiffs Xingyong Chen and Fufua Wang's Unopposed Motion for Approval of Minors' Compromise

2

      b. S.C. shall not be allowed to make a withdrawal from the account while she is a minor unless she presents an order from this Court, and

      c. S.C. shall be allowed to withdraw from the account after she reaches age 18 upon presentation of a photo identification such as her passport.

4. The parties to this settlement shall cooperate fully and execute any and all supplementary documents and shall take all additional actions which may be necessary or appropriate to give full force and effect to the basic terms and intent of this settlement.

5. Plaintiffs' counsel may attach the fully executed settlement documents, when obtained, to this Order for purposes of submitting same to the ████████████.

6. The Court approves payments of $562.50 to Dr. Andrew Davy and $250.00 to Dr. Sara Malagold to satisfy their liens for medical services to S.C. These liens shall be paid out of the allotment for attorneys' fees pursuant to agreement among counsel.

7. The Court approves payment of ████████████ as attorneys' fees.

8. The Court approves dismissal of all claims of S.C. against defendant, with prejudice. Plaintiffs' counsel shall submit dismissal promptly after the settlement has been funded, and all other due consideration has been received by Plaintiffs' counsel.

**IT IS SO ORDERED.**

DATED: _____August 11_____, 2016

                                                                Hon. Yvonne Gonzalez Rogers
                                                                U.S. District Judge

MDL No. 2497 Case No. 4:15-cv-03916-YGR
[Proposed] Order Granting Plaintiffs Xingyong Chen and Fufua Wang's Unopposed Motion for Approval of Minors' Compromise

3