Lewis S. Eidson, Esq.
mike@colson.com
Enid Duany Mendoza, Esq.
enid@colson.com
**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tel: (305) 476-7400
Facsimile: (305) 476-7444

Monica Kelly, Esq.
monicakelly@ribbecklaw.com
**RIBBECK LAW CHARTERED**
Lake Point Tower
505 North Lake Shore Drive
Chicago, Illinois 60611
Tel: (312) 822-9999

*Attorneys for Plaintiffs*

- and –

ALL PARTIES LISTED IN THE SIGNATURE PAGE

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013<br><br>This document relates to<br><br>Case No. 4:15-cv-03916-YGR<br><hr>CARL KNAUS et al,<br><br>        Plaintiffs,<br>   vs.<br><br>THE BOEING COMPANY,<br><br>        Defendant. | **MDL No. 2497**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Defendant The Boeing Company and the Plaintiffs listed below, in their individual and/or in their representative capacity, through undersigned counsel hereby give notice that the Plaintiffs set forth below have settled their claims and request that the below referenced Plaintiffs be dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), with each party to bear his, her or its own costs and attorney's fees.

The adult Plaintiffs dismissing their claims in their individual capacities are the following:

1. Se Lee
2. Yiying Hou
3. Jingxia Kang
4. Hongqin Li
5. Tieshan Xi

The settlement of the claims of the following minors having received Court approval are being dismissed by their parents and next friends:

1. Dongliang Li on behalf of his minor child H.L.
2. Jie Zhang on behalf of her minor child Z.L.
3. Miao Luo on behalf of his minor child S.L.
4. Lijun Wu on behalf of his minor child Y.W.
5. Haijun Xu on behalf of his minor child Q.X.
6. Jiahui Tang on behalf of her minor child J.Y

**IT IS SO STIPULATED**.

I hereby attest that concurrence in the filing of the Joint Stipulation and [Proposed] Order of Dismissal With Prejudice has been obtained from the other Signatories.

| | |
|---|---|
| DATED: August __, 2016 | **COLSON HICKS EIDSON** |
| | By:  /S/      ENID DUANY MENDOZA |
| | LEWIS S. EIDSON, ESQ. |
| | mike@colson.com |
| | ENID DUANY MENDOZA, ESQ. |
| | enid@colson.com |
| | COLSON HICKS EIDSON, P.A. |
| | 255 Alhambra Circle, Penthouse |
| | Coral Gables, Florida 33134 |
| | Tel: (305) 476-7400 |
| | Fax: (305) 476-7444 |
| | |
| | and |
| | |
| | MONICA KELLY, ESQ. |
| | monicakelly@ribbecklaw.com |
| | RIBBECK LAW CHARTERED |
| | Lake Point Tower |
| | 505 North Lake Shore Drive |
| | Chicago, Illinois 60611 |
| | Tel: (312) 822-9999 |
| | |
| | *Attorneys for the Plaintiffs* |
| DATED: August ___, 2016 | **PERKINS COIE LLP** |
| | By: /s/ Daniel E. Lassen |
| | Daniel E. Lassen, California Bar No. 271446 |
| | DanLassen@perkinscoie.com |
| | |
| | *and* |
| | |
| | John D. Dillow, California Bar No. 50403 |
| | JDillow@perkinscoie.com |
| | Bruce D. Campbell, Washington Bar No. 8629 |
| | BCampbell@perkinscoie.com |
| | Michael E. Scoville, Washington Bar No. 44913 |
| | MScoville@perkinscoie.com |
| | |
| | *Attorneys for Defendant* |
| | *The Boeing Company* |

MDL No. 2497 Case No. 4:15-cv-03916-YGR
Joint Stipulation And [Proposed] Order of Dismissal With Prejudice

**3**

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the claims of the Plaintiffs listed above in Case No 4:15-cv-03916-YGR, which is part of the MDL, are hereby dismissed with prejudice.

DATED: August 17, 2016

Hon. Yvonne Gonzalez Rogers

U.S. District Judge

LAOFFICE

MDL No. 2497 Case No. 4:15-cv-03916-YGR
Joint Stipulation And [Proposed] Order of Dismissal With Prejudice

**4**