UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**IN RE:**

**AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013**

**MDL No.: 2497**

This Order Relates to Case Nos.:
14-cv-2120
14-cv-2310
15-cv-3916

**ORDER TO SHOW CAUSE**

Re: MDL Dkt. No. 669

On August 8, 2016, the parties in the above-captioned cases filed a stipulated motion for administrative relief, requesting that the Court deem the liens of Comprehensive Care Consultants, Dr. Vladimir Bokarius, and Dr. Jonah Lakin (the "medical providers") withdrawn or abandoned. (*See* MDL Dkt. No. 669.) More specifically, the parties agree that the Court should deem the liens withdrawn or abandoned based on the documented failure of the medical providers to respond to the parties' requests for lien information. As of the date of this Order, the medical providers have not responded to the parties' stipulated motion for administrative relief.

The medical providers are therefore **ORDERED TO SHOW CAUSE** why the parties' stipulated motion should not be granted and the liens deemed withdrawn and abandoned. No later than **September 21, 2016**, the medical providers shall file a response to the motion for administrative relief. Failure to file will be deemed an admission that the parties' motion should be granted.

The filing parties are **ORDERED** to serve this Order on Comprehensive Care Consultants, Dr. Vladimir Bokarius, and Dr. Jonah Lakin as soon as possible, but no later than August 31, 2016.

**IT IS SO ORDERED.**

Dated: August 26, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**