1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  **IN RE:** | ) **MDL No.: 2497** |
| 12  **AIR CRASH AT SAN FRANCISCO,** | ) **[PROPOSED] ORDER ON SCHEDULE;** |
|     **CALIFORNIA, ON JULY 6, 2013** | ) **SETTING CASE MANAGEMENT** |
| 13 | ) **CONFERENCE** |
| 14 | ) **THIS ORDER RELATES TO:** |
| | ) *Yang, et al. v. Asiana Airlines, Inc. et al.* |
| 15 | )     Case No. 14-cv-02038 YGR |
| | ) *Zhang, et al. v. Asiana Airlines, Inc. et al.* |
| 16 | )     Case No. 15-cv-02591 YGR |
| 17 | ) *Zhang, et al. v. Asiana Airlines, Inc. et al.* |
| | )     Case No. 15-cv-02594 YGR |
| 18 | ) *Xia, et al. v. Asiana Airlines, Inc. et al.* |
| | )     Case No. 15-cv-02602 YGR |
| 19 | ) *Zhang, et al. v. Asiana Airlines, Inc. et al.* |
| 20 | )     Case No. 15-cv-02617 YGR |
| | ) *Wen, et al. v. Asiana Airlines, Inc.et al.* |
| 21 | )     Case No. 15-cv-02631 YGR |
| | ) *Zhang, et al. v. Asiana Airlines, Inc. et al.* |
| 22 | )     Case No. 15-cv-02633 YGR |
| 23 | ) *Lu, et al. v. Asiana Airlines, Inc. et al.* |
| | )     Case No. 15-cv-02678 YGR |
| 24 | ) *Han, et al. v. The Boeing Company.* |
| | )     Case No. 15-cv-03586 YGR |
| 25 | ) *Hyun, et al. v. The Boeing Company.* |
| 26 | )     Case No. 15-cv-03507 YGR |
| | ) *Hyun, et al. v. Asiana Airlines, Inc. et al.* |
| 27 | )     Case No. 15-cv-03511 YGR |
| | ) *Knaus, et al. v. The Boeing Company.* |
| 28 | )     Case No. 15-cv-03916 YGR |
| | ) |

|  |  |
|---|---|
| ) | *Li, et al. v. The Boeing Company* |
| ) | Case No. 15-cv-03989 YGR |
| ) | *Qian, et al. v. The Boeing Company* |
| ) | Case No. 15-cv-03990 YGR |
| ) | *Ku, et al. v. The Boeing Company* |
| ) | Case No. 15-cv-03991 YGR |

The Court, having received and reviewed the parties' Joint Case Management Conference Statement (Dkt. No. 679), and having conducted a further Case Management Conference on September 12, 2016, and having considered the parties' request that direct settlement negotiations be allowed to continue in the related cases referenced above, that a cut-off date for damages fact discovery only be set and that no other damages or liability deadlines or trial dates be set at this time, and good cause appearing, the Court **APPROVES** the parties' proposed schedule and hereby **ORDERS:**

    CUT-OFF FOR DAMAGES FACT DISCOVERY:    May 5, 2017

The next case management conference is set for January 13, 2017, at 10:00 a.m., in Courtroom 1, United States Courthouse, Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, California. The parties shall file a joint case management conference statement by no later than January 6, 2017, reporting on the status of settlement negotiations and all cases that remain on the Court's docket at that time.

The Court hereby relieves Frank Pitre of Cotchett, Pitre & McCarthy, LLP of all responsibilities associated with the task of Plaintiffs' Liaison Counsel and hereby **APPROVES** the appointment of Brian Alexander of Kreindler & Kreindler as the Plaintiffs' Liaison Counsel.

**IT IS SO ORDERED.**

Dated: \_\_September 16\_\_\_\_, 2016

*/s/ Yvonne Gonzalez Rogers*
YVONNE GONZALEZ ROGERS
United States District Court Judge