Keke Feng (SBN 289184)
3525 Del Mar Heights Rd. 463
San Diego, CA 92130
kfeng@flight-law.com
Telephone: 858-205-7887
Facsimile: 858-205-7887

**MOTLEY RICE LLC**
Mary Schiavo
mschiavo@motleyrice.com
James R. Brauchle
jbrauchle@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013 | MDL No.: 2497 |
| | This document relates to: |
| | *Lin Yang and Jing Zhang v. Asiana Airlines et al.,* 14-cv-02038-YGR |
| | *Mu Zhang et al.,* v. Asiana Airlines, Inc., *et al.,* 15-cv-02591-YGR |
| | *Guiying Zhang et al.,* v. Asiana Airlines, Inc., *et al.,* 15-cv-02594-YGR |
| | *Jing Xia et al.,* v. Asiana Airlines, Inc., *et al.,* 15-cv-02602-YGR |
| | *Subin Zhang et al., v. Asiana Airlines, Inc. et al.,* 15-cv-02617-YGR |
| | **[PROPOSED] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF FOR ORDER THAT RIBBECK LAW CHARTERED ATTORNEY FEE LIENS BE EXTINGUISHED**; ORDER TO SHOW CAUSE TO RIBBECK LAW CHARTERED AS MODIFIED BY THE COURT |

Pursuant to the Motion for Administrative Relief of the parties herein, Ribbeck Law Chartered of Lake Point Tower, 505 North Lake Shore Drive, Suite 102, Chicago, IL 60611, are hereby ordered to show cause as to why their attorney liens relating to their prior representation of passengers Mu Zhang, Xiaowei Guo, Guiyang Zhang, Yang Fei, Subin Zhang, as Guardian Ad Litem of Z.Z., a minor, Jing Xia, Lin Yang, and Jing Zhang.shall not be deemed extinguished. Ribbeck Law Chartered's response to this Order to Show Cause shall be filed by _April 17_, 2017.

A hearing on this Order to Show Cause will be held on Friday, April 21, 2017, on the Court's 9:01 a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. If the Court is satisfied with the parties' response, the hearing may be taken off calendar.

**IT IS SO ORDERED**

DATED: April 11, 2017

Hon. Yvonne Gonzalez Rogers
U.S. District Judge