Keke Feng (SBN 289184)
3525 Del Mar Heights Rd. 463
San Diego, CA 92130
kfeng@flight-law.com
Telephone: 858-205-7887
Facsimile: 858-205-7887

**MOTLEY RICE LLC**
Mary Schiavo
mschiavo@motleyrice.com
James R. Brauchle
jbrauchle@motleyrice.com
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013 | MDL No.: 2497 |
| | This document relates to: |
| | *Lijing Wen et al., v. Asiana Airlines, Inc., et al.,* 15-cv-02631-YGR |
| | *Bin Zhang et al., v. Asiana Airlines, Inc., et al.,* 15-cv-02633-YGR |
| | *Junhong Lu et al., v. Asiana Airlines et al.,* 15-cv-02678-YGR |
| | **[PROPOSED] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF FOR ORDER THAT GARY DORDICK AND GARY DORDICK LAW CORPORATION ATTORNEY FEE LIENS BE EXTINGUISHED** |
| | AS MODIFIED BY THE COURT |

Pursuant to the Motion for Administrative Relief of the parties herein, Gary Dordick and Gary Dordick Law Corporation of 509 South Beverly Drive, Beverly Hills, California, 90212 are hereby ordered to show cause as to why their attorney liens relating to their prior representation of passengers Lijing Wen, Junyi Lu, Bin Zhang, Hui Qi, Ziyi Zhang, Junhong Lu and Junhong Lu on behalf of her minor child, H.S., shall not be deemed extinguished. Gary Dordick and Gary Dordick Law Corporation's response to this Order to Show Cause shall be filed by May 8, 2017.

A hearing on this Order to Show Cause will be held on Friday, May 12, 2017, on the Court's 9:01 a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. If the Court is satisfied with the parties' response, the hearing may be taken off calendar.

**IT IS SO ORDERED**

DATED: May 2, 2017

_____
Hon. Yvonne Gonzalez Rogers
U.S. District Judge