# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:** <br><br> **AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013** | **MDL No.: 2497** <br><br> **THIS ORDER RELATES TO:** <br><br> *Lijing Wen et al., v. Asiana Airlines, Inc., et al.,* 15-cv-02631-YGR <br><br> *Bin Zhang et al., v. Asiana Airlines, Inc., et al.*, 15-cv-02633-YGR <br><br> *Junhong Lu et al., v. Asiana Airlines et al.,* 15-cv-02678-YGR <br><br> **ORDER EXTINGUISHING LIENS; VACATING COMPLIANCE** |

On May 2, 2017, this Court ordered Gary Dordick and Gary Dordick Law Corporation of 509 South Beverly Drive, Beverly Hills, California, 90212 to show cause as to why their attorney liens relating to their prior representation of passengers Lijing Wen, Junyi Lu, Bin Zhang, Hui Qi, Ziyi Zhang, Junhong Lu and Junhong Lu on behalf of her minor child, H.S., should not be deemed extinguished. (Dkt. No. 785.) The Court scheduled a compliance hearing for May 12, 2017, which was continued to May 26, 2017. (Dkt. No. 798.) The Court further ordered the attorney whose liens are at issue to file a response no later than May 19, 2017. The Court stated that if the attorney whose liens are at issue did not file a response the Court would deem the silence as a concession that the liens should be deemed extinguished.

Gary Dordick and Gary Dordick Law Corporation have not filed a response. Further, the attorney whose liens are at issue has shown no cause as to why the liens at issue should not be deemed extinguished. Therefore the Court deems this silence as a concession that the liens should be extinguished. The Court thus **EXTINGUISHES** the liens of Gary Dordick and Gary Dordick Law Corporation relating to their prior representation of passengers Lijing Wen, Junyi Lu, Bin Zhang, Hui Qi, Ziyi Zhang, Junhong Lu and Junhong Lu on behalf of her minor child, H.S.

Accordingly, the Court **VACATES** the compliance hearing set for May 26, 2017, at 9:01 a.m.

**IT IS SO ORDERED.**

**DATED**: May 25, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**