UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | MDL No.: 2497 |
| AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013 | PRETRIAL ORDER NO. 1 |
| | THIS ORDER RELATES TO: |
| | *Kyung Rhan Rha v. Asiana Airlines et al.* Case No. 14-CV-01486 |
| | *Eugene Rah v. Asiana Airlines, Inc. et al.* Case No. 14-CV-05603 |
| | *Eun Koo Chong v. Asiana Airlines et al.* Case No. 14-CV-05510 |
| | *Sook Young Hyun v. Asiana Airlines et al.* Case No. 15-CV-03511 |
| | *Woo Lee Han v. Asiana Airlines et al.* Case No. 15-CV-00053 |

**To all parties in the above-captioned actions**:

As set forth in the Court's trial order, (Dkt. No. 691), each case must be prepared to proceed to trial in the order listed in the event that the preceding case(s) in the sequence resolves. Thus, all pretrial preparation shall be conducted in advance. Parties shall comply with the Court's Standing Order re Pretrial Instructions in Civil Cases ("Standing Order") unless otherwise provided herein:

//
//
//
//
//

| Event | Date |
|---|---|
| Last Day to File Dispositive and *Daubert* Motions Pursuant to Trial Setting Order [Dkt. 691] | July 7, 2017 |
| Last Day to File Oppositions to Dispositive and *Daubert* Motions Pursuant to Trial Setting Order [Dkt. 691] | July 21, 2017 |
| Last Day to File Replies to Dispositive and *Daubert* Motions Pursuant to Trial Setting Order [Dkt. 691] | July 28, 2017 |
| Last Day to Exchange (but not file) Motions *in Limine* Pursuant to Standing Order § 4a<br><br>Parties Shall Meet and Confer to Resolve Within 7 Days Thereafter | August 16, 2017 |
| Last Day to Exchange Exhibits with All Counsel Pursuant to Standing Order § 6a<br><br>Parties Shall File and Serve All Discovery Designations, All Deposition Designations, All Audio Designations and All Video designations | August 16, 2017 |
| Hearing on Dispositive and *Daubert* Motions Pursuant to Trial Setting Order [Dkt. 691] | August 16, 2017 (10:00 am) |
| Last Day to File Joint Statement Confirming Compliance with trial scheduling order | August 17, 2017 |
| Parties Shall Serve Cross-designations Regarding Discovery, Depositions, Video Footage, and Audio<br><br>Thereafter Parties Shall Meet and Confer to Resolve Discovery and Deposition Designations | August 21, 2017 |
| Last Day to File Unresolved Motions *in Limine* Pursuant to Standing Order § 4b<br><br>Parties Shall File a Joint Motion Including All Disputes Regarding The Above-referenced Discovery Designations with a Proposed Form of Order Which Tracks the Motion and Any Evidence to Allow the Court to Rule | August 25, 2017 |
| Last Day to File Joint Pretrial Conference Statement Pursuant to Trial Setting Order [Dkt. 691] and Standing Order § 2 | August 28, 2017 |
| Last Day to File:<br>• Oppositions to Motions *in Limine* Pursuant to Standing Order § 4b<br>• Jury Instructions<br>• Proposed Verdict Forms | August 30, 2017 |
| Last Day to Submit Separate Binder containing Motions *in Limine* and Joint Binder Containing other filings from August 30, 2017, Pursuant to Standing Order § 4c | September 1, 2017 (10:00 am) |
| // | // |

| Last Day to File Each of the Documents Listed Below and to Submit Two Copies of Joint Trial Readiness Binder Containing Pursuant to Standing Order § 3:<br>• Proposed Order Re Trial Stipulations (Exhibit A to Pretrial Order)<br>• Witness List<br>• Expert Witness List<br>• Exhibit Lists Annotated with Stipulations/Objections<br>• List of Discovery Excerpts, Audios and Videos<br>• Preliminary Statement of the Case<br>• Jury Selection Materials | September 6, 2017 (12:00 pm) |
|---|---|
| Pretrial Conference Date Pursuant to Trial Setting Order [Dkt. 691] | September 13, 2017 (10:00 am) |
| Last Day to Submit Three Sets of Exhibits to Court (Original and Two Copies) | 3 business days prior to jury selection |

**IT IS SO ORDERED.**

DATED: May 26, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

# Exhibit A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:** | **MDL No.: 2497** |
| **AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013** | **PROCEDURAL STIPULATIONS** |
| | **(EXHIBIT A TO PRETRIAL ORDER)** |

PLEASE INITIAL AND SIGN as acceptable:

It is stipulated that each of the jurors will be deemed present, upon reconvening after each adjournment or recess, unless the contrary is noted for the record.

    For the Plaintiff _____    For the Defendant _____

It is stipulated that the Jury Instructions and the Exhibits may go into the Jury Room during deliberations.

    For the Plaintiff _____    For the Defendant _____

It is stipulated that the parties need not be present when, during jury deliberations, the jurors are excused for lunch, return for lunch, and/or are discharged in the evening and resume in the morning.

    For the Plaintiff _____    For the Defendant _____

It is stipulated that, during jury deliberations, the jury may recess without further admonition and

without assembling in the jury box, and that they may resume their deliberations upon the Deputy Clerk's determination that all jurors are present.

    For the Plaintiff _____    For the Defendant _____

In the absence if the trial judge, any judge of this court may receive the verdict.

    For the Plaintiff _____    For the Defendant _____

(Party Name) _____    (Party Name) _____

_____    _____

    Signature (Plaintiff's Attorney)        Signature (Defense Attorney)