**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:**<br><br>**AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013** | **MDL No.: 13-md-2497**<br><br>**PRETRIAL ORDER NO. 3**<br><br>**THIS ORDER RELATES TO:**<br><br>*Kyung Rhan Rha v. Asiana Airlines*<br>Case No. 14-CV-01486 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of Pretrial Order No. 1 (Dkt. No. 818), the parties' trial filings and the Court's Standing Order Re: Pretrial Instructions in Civil Cases ("Standing Order"), the Court hereby **ORDERS** the parties to file the following by 8:00 a.m. on **Monday, September 11, 2017**:

1. An updated Exhibit List which contains an "asterisk" (*) next to any item where an objection has been identified, but where the noted exhibit is only being "marked" for identification and not offered for admission.

2. A copy of any exhibit or representative samples of any exhibits which requires discussion at the Pretrial Conference. (Standing Order § 3(d)(iv).)

3. "Jury Selection Materials": To determine whether prospective jurors know any of the parties, attorneys or potential trial witnesses, the parties shall provide the Court with one alphabetical list of all names for distribution to the prospective jurors. (Standing Order § 3(h)(v).)

//
//
//
//

4. The parties are reminded to send a Word version of Dkt. No. 1009.

**IT IS SO ORDERED.**

DATED: September 6, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**