

Ronald L.M. Goldman, Esq. (State Bar No. 33422)
*rgoldman@baumhedlundlaw.com*
A. Ilyas Akbari, Esq. (State Bar No. 228051)
*iakbari@baumhedlundlaw.com*
**BAUM HEDLUND ARISTEI GOLDMAN, PC**
12100 Wilshire Boulevard, Suite 950
Los Angeles, California 90025-7114
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Plaintiffs*
KYUNG RHAN RHA

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013 | MDL No. 2497 |
| KYUNG RHAN RHA, an individual; and J.A. a minor by and through her mother and *Guardian Ad Litem* KYUNG RHAN RHA, | This Document Relates to: Case No. 4:14-cv-01486-YGR |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ENTIRE ACTION** **[FRCP 41(a)(1)]** |
| vs. | |
| ASIANA AIRLINES, INC., a corporation; and THE BOEING COMPANY, a corporation, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1),

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice in its entirety. Each party to bear their own costs.

Dated: September 21, 2017  **BAUM HEDLUND ARISTEI GOLDMAN, PC**

/s/ Ronald L.M. Goldman
/s/ A. Ilyas Akbari
By: _____
Ronald L.M. Goldman (CA Bar No. 33422)
A. Ilyas Akbari, Esq. (CA Bar No. 228051)
Baum Hedlund Aristei Goldman, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Email: rgoldman@baumhedlundlaw.com
Email: iakbari@baumhedlundlaw.com
*Attorneys for Plaintiff*
*KYUNG RHAN RHA*

Dated: September 21, 2017  **CONDON & FORSYTH, LLP**

/s/ Frank A. Silane
By: _____
Frank A. Silane, Esq.
Jennifer J. Johnston, Esq.
Scott D. Cunningham, Esq.
CONDON & FORSYTH, LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-601
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
fsilane@condonlaw.com
jjohnston@condonlaw.com
scunningham@condonlaw.com
*Attorneys for Defendant,*
*ASIANA AIRLINES, INC.*

# PROOF OF SERVICE

I am employed in the County of Los Angeles; I am over the age of 18 years and not a party to the within cause. My business address is Baum, Hedlund, Aristei & Goldman, 12100 Wilshire Boulevard, Suite 950, Los Angeles, California 90025. On this day, I served the following document(s) in the manner described below:

**STIPULATION OF DISMISSAL OF ENTIRE ACTION'**
**[FRCP 41(a)(1)]**

**✗**    **VIA ECF**: I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in Case Number Case No. 4:14-cv-01486-YGR, MDL No. 2497. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed at Los Angeles, California, on September 21, 2017.


                                             */S/     A.Ilyas Akbari*
                                             A. ILYAS AKBARI