1  Frank A. Silane (State Bar No.: 90940)
   Email: fsilane@condonlaw.com
2  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
3  Scott D. Cunningham (State Bar No.: 200413)
   Email: scunningham@condonlaw.com
4  Ivy L. Nowinski (State Bar No.: 268564)
   Email: inowinski@condonlaw.com
5  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
6  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
7  Facsimile:  (310) 557-1299

8  Attorneys for Defendant
   ASIANA AIRLINES, INC.
9
            and -
10
   ALL PARTIES LISTED ON THE SIGNATURE PAGE
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013<br><br>GUIYING ZHANG, YANG FEI and JUN FEI individuals,<br><br>    Plaintiffs,<br><br>vs.<br><br>ASIANA AIRLINES, INC., a corporation; THE BOEING COMPANY, a corporation; AIR CRUISERS D/B/A ZODIAC AEROSPACE, a corporation,<br><br>    Defendants. | MDL No. 2497<br><br>This Document Relates to:<br>Case No. 15-cv-02594 YGR<br><br>**JOINT STATEMENT RE FAILURE TO FILE PROPOSED STIPULATION OF DISMISSAL** |

Plaintiffs and defendant Asiana Airlines submit this joint statement re failure to file proposed stipulation of dismissal as follows:

As reported in the parties' previous joint report, plaintiffs are citizens and residents of the People's Republic of China, and their releases must be signed and notarized in China. The notarization process in China is more cumbersome than in the U.S., and the execution of releases takes more time than it typically takes in the U.S. Plaintiffs have now signed their releases and had them notarized and sent the originals to their counsel. Once the original signed releases are sent to Asiana's counsel in Singapore and Asiana's counsel in Singapore confirm that all settlement paperwork is in order, all that remains is payment of the settlement funds, at which time a proposed stipulation of dismissal will be filed.

The parties, therefore, request that a deadline of December 1, 2017, be set for the filing of either a proposed stipulation of dismissal or a joint report regarding the failure to file a proposed stipulation of dismissal and that a Compliance Hearing be set for Friday, December 8, 2017, at 9:01 am.

I hereby attest that concurrence in the filing of the Joint Statement has been obtained from each of the other Signatories.

Dated: November 10, 2017                    CONDON & FORSYTH LLP

                                            By:*/s/ Jennifer J. Johnston*
                                                JENNIFER J. JOHNSTON
                                                FRANK A. SILANE
                                                SCOTT D. CUNNINGHAM
                                                IVY L. NOWINSKI
                                                Attorneys for Defendant
                                                ASIANA AIRLINES, INC.

| | |
|---|---|
| Dated: November 10, 2017 | MOTLEY RICE LLC |
| | By:*/s/ Mary F. Schiavo*<br>    MARY F. SCHIAVO, ESQ.<br>    JAMES R. BRAUCHLE<br>    Attorneys for Plaintiffs<br>    GUIYING ZHANG, ET AL. |
| Dated: November 10, 2017 | |
| | By:*/s/ Keke Feng*<br>    KEKE FENG<br>    Attorneys for Plaintiffs<br>    GUIYING ZHANG, ET AL. |

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

JOINT STATEMENT RE FAILURE TO FILE PROPOSED STIPULATION OF DISMISSAL
CASE NO.: 15-CV-02594-YGR

- 3 -

LAOFFICE 173409V.1