# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE RAH,**<br>　　　　Plaintiff**,**<br>　　vs.<br>**ASIANA AIRLINES INC, ET AL.,**<br>　　　　Defendants**.** | CASE NO. 14-cv-05603-YGR<br><br>**ORDER DISMISSING ACTION**<br>Re: Dkt. No. 115 |

The Court has received parties' joint status report filed on June 6, 2019. (Dkt. No. 115.) Therein, parties "ask the Court to dismiss the [above-]captioned matter in its entirety." (*Id.*) Pursuant to that request, the Court hereby **DISMISSES** the above-captioned action.

**IT IS SO ORDERED.**

Dated: June 11, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**